UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01807-SSS-SPx | Date | August 7, 2024 |
| Title | *Esteban Hernandez v. City of Rialto, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THE DOE DEFENDANT SHOULD NOT BE DISMISSED**

Plaintiff Esteban Hernandez filed the Complaint in this action on October 12, 2022. [Dkt. 1]. In the Complaint, Hernandez named "John Doe Lieutenant" (the "Doe Defendant") as a defendant. As of the date of this OSC, the record before the Court reflects no appearance by the Doe Defendant and no attempt by Hernandez to serve the Doe Defendant.

Federal Rule of Civil Procedure 4(m) states "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." As such, given there is no evidence of Hernandez serving the Doe Defendant, and more than 90 days have passed since the filing of the Complaint, the Court **ORDERS** Hernandez to show cause as to why the Doe Defendant should not be dismissed. Hernandez **SHALL** file his response no later than August 16, 2024. Failure to do so may result in the dismissal of this action with prejudice.

**IT IS SO ORDERED.**